# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| DARRICK S. EUBANKS, JR., | |
| Plaintiff, | No. C24-0083-LTS |
| vs. | |
| NICHOLAS LAMB and JOSH BAAL, | **MEMORANDUM OPINION AND ORDER** |
| Defendants. | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| DARRICK S. EUBANKS, JR., | |
| Plaintiff, | No. C24-2042-LTS |
| vs. | |
| FAYETTE COUNTY JAIL, *et al.*, | **MEMORANDUM OPINION AND ORDER** |
| Defendants. | |

These two civil cases have been filed by pro se plaintiff Darrick Eubanks. In both cases, Eubanks did not submit the statutory filing fee but filed a motion to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a) (requiring filing fee). In the first case, C24-0083-LTS, Eubanks filed a motion to proceed in forma pauperis (C24-0083-LTS, Doc. 1) and a complaint (C24-0083-LTS, Doc. 1-1). In the second case, C24-2042-LTS, Eubanks filed a 42 U.S.C. § 1983 complaint (C24-2042-LTS, Doc. 1), a motion to

proceed in forma pauperis (C24-2042-LTS, Doc. 2) and a pro se motion to amend his complaint (C24-2042-LTS, Doc. 5).[1]

In order for a court to authorize the commencement of an action without the prepayment of the filing fee, a person must submit an affidavit that includes a statement of all the assets the person possesses. *See* 28 U.S.C. § 1915(a)(1). In addition, a prisoner must submit a certified copy of the trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which the prisoner was or is confined. *See* 28 U.S.C. § 1915(a)(2). However, an incarcerated plaintiff is prohibited from applying to proceed in forma pauperis if he or she has three qualifying "strikes" pursuant to 28 U.S.C. § 1915(g).[2]

Eubanks, incarcerated at Fort Dodge Correctional Facility when he filed both complaints, has at least three strikes. *See, e.g., Eubanks v. Black Hawk County Jail,* C23-2012-LTS, Doc. 2 (dismissing case pursuant to U.S.C.§ 1915A(b) for failure to state a claim upon which relief may be granted); *Eubanks v. Black Hawk County Jail,* C23-2020-LTS, Doc. 2 (dismissing case pursuant to U.S.C.§ 1915A(b) for failure to state a claim upon which relief may be granted); *Eubanks v. Fayette County Jail and Marty Fisher,* C23-2022-LTS, Doc. 6 (dismissing case pursuant to U.S.C.§ 1915A(b) for failure to state a claim upon which relief may be granted).

---

[1] Eubanks initially filed his complaint in the United States District Court for the Southern District of Iowa, which transferred the case to this court. (C24-2042-LTS, Docs. 3, 4).

[2] That section states:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Neither of Eubanks' complaints contains any indication he is in danger of serious injury. *See* C24-0083-LTS, Doc. 1, C24-2042-LTS, Doc. 1-1.

Because Eubanks has three strikes, his motions to proceed in forma pauperis (C24-0083-LTS, Doc. 1; C24-2042-LTS, Doc. 2) are **denied** pursuant to § 1915(g). Eubanks will be given **30 days** from the date of this order to pay the full $405 filing fee in each case.[3] If he does not pay the filing fee for a case, that case will be dismissed with no further order of the court.

**IT IS SO ORDERED** this 15th day of July, 2025.

_____
Leonard T. Strand
United States District Judge

---

[3] This includes the $350 filing fee set out by 28 U.S.C. § 1914(a) and the additional $55.00 administrative fee required when filing all civil actions. *See* 28 U.S.C. § 1914, *Judicial Conference Schedule of Fees*, No. 14 ("Administrative fee for filing a civil action, suit, or proceeding in a district court, $55. . .")